UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BERMARD PAGA

VERSUS

EVEREST NATIONAL INSURANCE COMPANY, ET AL.

CIVIL ACTION

20-605-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr., on April 8, 2022 to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** Plaintiff's claims against the defendant Lone Star Roofing, LLC are dismissed, without prejudice, for failure to effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana the 25 day of April, 2022.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 20.